USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
UNITED STATES OF AMERICA

    -against-   21-CR-754-2 (VEC)

ORDER

JOSE LUIS DAVILA SANTACRUZ,

                    Defendant.
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 31, 2023, the parties appeared for Mr. Davila Santacruz's change-of-plea hearing; and

    WHEREAS at the January 31, 2023 hearing, Mr. Davila Santacruz waived indictment and entered a plea of guilty to Count One of the Superseding Information, which was accepted by the Court;

    IT IS HEREBY ORDERED that Mr. Davila Santacruz will be sentenced on **Tuesday, May 23, 2023 at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Pre-sentencing submissions are due no later than **Tuesday, May 9, 2023**.

**SO ORDERED.**

**Date: January 31, 2023**
      **New York, NY**

                                                                  **VALERIE CAPRONI**
                                                                  **United States District Judge**