Case 1:21-cr-00754-VEC   Document 76   Filed 01/08/24   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                               :
UNITED STATES OF AMERICA           :
                                               :
               -against-                    :                 21-CR-754-2 (VEC)
                                               :
                                               :                        ORDER
JOSE LUIS DAVILA SANTACRUZ,      :
                                               :
                               Defendant.           :
                                               :
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on May 23, 2023, Jose Luis Davila Santacruz ("Defendant") was sentenced principally to a term of imprisonment of thirty months following his plea of guilty to charges relating to conspiracy to structure cash deposits, in violation of 18 U.S.C. §§ 371 and 5324;

       WHEREAS effective November 1, 2023, in its Amendment 821, the United States Sentencing Commission amended the United States Sentencing Guidelines Manual;

       WHEREAS on December 13, 2023, the Probation Department proactively identified Defendant as possibly eligible for a reduction pursuant to Amendment 821;

       WHEREAS on December 14, 2023, the Court ordered briefing on whether Defendant's sentence should be reduced pursuant to Amendment 821;

       WHEREAS the Court's December 14 Order appointed the Federal Defenders of New York to represent Defendant in this Court's consideration of whether the Defendant's sentence should be modified in light of Amendment 821; and

       WHEREAS on January 8, 2024, Defendant filed a *pro se* motion for reduction of his sentence pursuant to Amendment 821 and a motion for compassionate release;

       IT IS HEREBY ORDERED that, in light of the added motion for compassionate release, the Government's deadline to file a statement of its position on the motion for modification of

the Defendant's sentence is extended from Wednesday, January 17, 2024, to **Friday, January 26, 2024**.

IT IS FURTHER ORDERED that, no later than **Friday, January 26, 2024**, the Government must provide the Court with Defendant's disciplinary and educational records.

IT IS FURTHER ORDERED that Defendant's deadline to reply, through appointed counsel, is extended from Friday, February 23, 2024, to **Friday, March 1, 2024**.

**SO ORDERED.**

Date:  January 8, 2024
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**